

# SEALED

FILED _____ ENTERED _____ RECEIVED _____ SERVED ON COUNSEL/PARTIES OF RECORD

FEB 27 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:13-cr-63-RCJ-PAL |
| JASON BURROWS, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On February 27, 2013, defendant JASON BURROWS pled guilty to a Count One of a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and the Plea Agreement. Criminal Information, ECF No. __; Plea Agreement, ECF No. __.

This Court finds that JASON BURROWS shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JASON BURROWS a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this 27th day of Feb, 2013.

_____
UNITED STATES DISTRICT JUDGE