

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )  2:13-CR-063-RCJ-(PAL)
)
JASON BURROWS,  )
)
Defendant.  )

## ORDER OF FORFEITURE

This Court found on February 27, 2013, that JASON BURROWS shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. __; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. 3; Order of Forfeiture, ECF No. 4.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JASON BURROWS a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 22nd day of October 2013.

_____
UNITED STATES DISTRICT JUDGE